## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
## Eastern Division

Stephen Mannasmith
                                       Plaintiff,

v.                                                       Case No.: 1:09–cv–01380
                                                          Honorable Ruben Castillo

Purco Fleet Services, Inc., et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2009:

      MINUTE entry before the Honorable Ruben Castillo:Counsel notified the Court that the parties have reached a tentative settlement. This case is hereby dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents. Plaintiff's motion for class certification [9], Defendants' motions to dismiss [41], [42], and Plaintiff's motion to compel [63] are denied without prejudice. Status hearing set for 11/4/2009 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.