**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHEN MANNASMITH,<br>on behalf of himself and<br>the classes defined herein,<br><br>Plaintiff,<br><br>vs.<br><br>PURCO FLEET SERVICES, INC.,<br>and CORPAT, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>No. 09 C 1380<br><br>Judge Castillo<br><br>Magistrate Judge Keys |

**STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Stephen Mannasmith and Defendants Purco Fleet Services, Inc. and Corpat, Inc. hereby stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice and the claims of the putative class without prejudice.

Respectfully submitted,

s/ Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
*(Counsel for Plaintiff)*

s/P. Russell Perdew

P. Russell Perdew
Locke, Lord, Bissell & Lidell LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-1712
(312) 896-6712 (FAX)
*(Counsel for Defendant)*

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on November 30, 2009, a copy of the foregoing was filed electronically using the Court's CM/ECF system which will send notice to the following:

P. Russell Perdew
Locke, Lord, Bissell & Lidell LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-1712
(312) 896-6712 (FAX)
*Attorney for Defendants*

Stephen K. Christiansen
Mary Jane E. Wagg
Van Cott, Bagley, Cornwall & McCarthy, P.C.
36 S. State Street, Ste. 1900
Salt Lake City, UT 84111
(801) 532-3333
(801) 534-0058 (FAX)
*Attorneys for Defendant*s

s/ Daniel A. Edelman